**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| LEONARD LEVIE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON STEWART et al.,<br><br>Defendants. | Case No. 2:26-cv-00240-KHR<br><br>**DECLARATION OF DAVID A. PEREZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

**<u>DECLARATION OF DAVID A. PEREZ</u>**

I, David A. Perez, declare and state as follows:

1. I am a partner at Morrison & Foerster LLP, counsel of record for Defendants Brandon Stewart; Robert Bell III; VECCO Aerospace Group, Inc.; Cendry Capital, Inc.; Falcon Jacksonville, LLC d/b/a VAERO; and Skyhawk Capital, LLC in the above captioned action. I am admitted to practice in the State of Washington and am admitted *pro hac vice* to practice before this Court in this action. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.



MORRISON & FOERSTER LLP
925 FOURTH AVENUE, FLOOR 36
SEATTLE, WA 98104-1157

2. Attached hereto as **Exhibit S** is a true and correct copy of a July 19, 2026, email from Marc Greenberg with subject line: "Brandon Stewart."

3. Attached hereto as **Exhibit T** is a true and correct copy of an August 25, 2026, email from Marc Greenberg to me and others with subject line: "AIAC v. Stewart et al; Kaman v. Stewart et al; Boeing v. Falcon Jacksonville et al."

4. Attached hereto as **Exhibit U** is a true and correct copy of an August 30, 2026, email from Marc Greenberg to me and others with subject line: "RE: AIAC v. Stewart et al."

5. Attached hereto as **Exhibit V** is a true and correct copy of an April 25, 2022, intent-to-use application to register the VECCO mark filed on behalf of AIAC Puerto Rico Holdings LLC, obtained from the United States Patent and Trademark Office's (USPTO) online database.

6. Attached hereto as **Exhibit W** is a true and correct copy of a July 13, 2026, notice of abandonment for failure to timely file a statement of use or extension request issued by the United States Patent and Trademark Office to AIAC Puerto Rico Holdings LLC.

7. Attached hereto as **Exhibit X** is a true and correct copy of a July 15, 2026, use-based application to register the VECCO mark filed by Brandon Stewart on behalf of VECCO Aerospace Group, Inc., obtained from the USPTO's online database.

8. Attached hereto as **Exhibit Y** is a true and correct copy of an August 26, 2026, "Notice of Special Meeting of Members of Michigan Precision Group LLC," issued by Leonard Levie.

9. Attached hereto as **Exhibit Z** is a true and correct copy of an August 26, 2026, "Notice of Special Meeting of Members of Michigan Precision Group LLC," issued by Leonard Levie, containing additional proposed resolutions in connection with corporate indemnification.

10. Attached hereto as **Exhibit AA** is a true and correct copy of a September 7, 2026, "Resolution of the Members of Michigan Precision Group LLC," issued by Leonard Levie.



MORRISON & FOERSTER LLP
925 FOURTH AVENUE, FLOOR 36
SEATTLE, WA 98104-1157

I declare under penalty of perjury under the laws of the State of Wyoming that the foregoing is true and correct.

DATED this 8th day of September, 2026, at Seattle, Washington.

*/s/ David A. Perez*
David A. Perez



MORRISON & FOERSTER LLP
925 FOURTH AVENUE, FLOOR 36
SEATTLE, WA 98104-1157