Lucas Buckley, Wyo. Bar #6-3997
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
lbuckley@hkwyolaw.com

Dale W. Cottam, Wyo. Bar #6-2719
Andrew D. Bailey, Wyo. Bar #7-6112
Bailey Stock Harmon Cottam Lopez LLP
P.O. Box 850
Afton, WY 83110
307-222-4932
dale@performance-law.com
andy@performance-law.com

Marc R. Greenberg (*Pro Hac Vice*)
Tucker Ellis LLP
515 South Flower Street, Forty-Second Floor
Los Angeles, California 90071
(213) 430-3355
marc.greenberg@tuckerellis.com

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

LEONARD LEVIE, JONATHAN BATISTA, and AMERICAN INDUSTRIAL ACQUISITION CORPORATION,

Plaintiffs,

v.

BRANDON STEWART, an individual, ROBERT BELL, an individual; VECCO AEROSPACE GROUP, INC., a Delaware corporation; CENDRY CAPITAL, INC., a Delaware corporation; FALCON JACKSONVILLE LLC, doing business as VAERO; SKYHAWK CAPITAL, LLC; a Wyoming LLC, and MICHIGAN PRECISION GROUP LLC, a Wyoming Limited Liability Company;

Defendants.

Civil Action No. 2:26-cv-240

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

COME NOW, Plaintiffs Leonard Levie, Jonathan Batista, and American Industrial Acquisition Corporation, ("Plaintiffs") by and through undersigned counsel hereby give notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that they voluntarily dismiss this action, and all claims asserted in their Verified Complaint [ECF No. 1], WITHOUT PREJUDICE as to all Defendants: Brandon Stewart, Robert Bell, Vecco Aerospace Group, Inc., Cendry Capital, Inc., Falcon Jacksonville LLC d/b/a VAERO, Skyhawk Capital, LLC, and Michigan Precision Group LLC.

As of the filing of this Notice, no Defendant has served either an answer or a motion for summary judgment. Accordingly, this dismissal is effective upon filing and requires no order of the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED this 2nd day of October 2026.

LEONARD LEVIE, JONATHAN BATISTA,
and AMERICAN INDUSTRIAL
ACQUISITION CORPORATION

By: */s/ Lucas Buckley*

Lucas Buckley, Wyo. Bar #6-3997
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY 82003-1208
307-634-7723
307-634-0985 (Fax)
lbuckley@hkwyolaw.com

Dale W. Cottam, Wyo. Bar #6-2719
Andrew D. Bailey, Wyo. Bar #7-6112
Bailey Stock Harmon Cottam Lopez LLP
P.O. Box 850
Afton, WY 83110
307-222-4932
dale@performance-law.com
andy@performance-law.com

Marc R. Greenberg (*Pro Hac Vice*)
Tucker Ellis LLP
515 South Flower Street, Forty-Second Floor
Los Angeles, California 90071
(213) 430-3355
marc.greenberg@tuckerellis.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of October, 2026, a true and correct copy of the foregoing was served upon counsel of record via CM/ECF filing system.

*/s/ Candice Hough*
Hathaway & Kunz, LLP